1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, CA 94612
         Telephone: (510) 637-3680
7        Fax: (510) 637-3724
         E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            ) No. CR 4-14-71319 MAG
14                                      )
         Plaintiff,                     ) STIPULATED MOTION AND [PROPOSED]
15                                      ) ORDER CONTINUING PRELIMINARY
      v.                                ) HEARING OR ARRAIGNMENT DATE AND
16                                      ) WAIVING TIME UNDER SPEEDY TRIAL ACT
   JUDA AMARE QADIR,                    ) TO JANUARY 21, 2014
17                                      )
         Defendant.                     )
18 _____     )

19       With the agreement of the parties, and with the consent of the defendant, the Court enters this

20 order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary

21 hearing date for Defendant Juda Amare Qadir to January 21, 2015, at 9:30 a.m. before the Honorable

22 Kandis A. Westmore.  Counsel for the defendant believes that postponing the preliminary hearing is in

23 her client's best interest and that it is not in her client's best interest for the United States to present an

24 indictment before the current December 9, 2014 preliminary hearing date.  The parties agree that, taking

25 into account the public interest in prompt disposition of criminal cases, good cause exists for this

26 extension.

27       Defendant also agrees to toll and to waive for this period of time any time limits applicable under

28 Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel has

STIP. & [PROPOSED] ORDER RE PRELIM.
CR 4-14-71319 MAG

1  been in trial before the Honorable Judge Chen in San Francisco until December 18, 2014, and needs
2  additional time to meet with her client and that an exclusion of time under the Speedy Trial Act for
3  continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C.
4  § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken with her
5  client, and that he agrees to the continuance and to time being tolled and waived as requested.

   IT IS SO STIPULATED.

DATED: November 24, 2014                                /s/
                                                        RANDY SUE POLLOCK
                                                        Attorney for Defendant


DATED: November 24, 2014                                /s/
                                                        KESLIE STEWART
                                                        Assistant United States Attorney


   IT IS SO ORDERED.


DATED: 11/25/14                                         /s/ Kandis Westmore
                                                        KANDIS A. WESTMORE
                                                        United States Magistrate Judge


STIP. & [PROPOSED] ORDER RE PRELIM.
CR 4-14-71319 MAG