MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 4-14-71319 MAG |
| Plaintiff, | STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO FEBRUARY 20, 2015 |
| v. | |
| JUDA AMARE QADIR, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing to February 20, 2015.  Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current January 21, 2015, preliminary hearing date.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs additional time to meet with her client to go over discovery in the case and that an exclusion of time

STIP. & [PROPOSED] ORDER RE PRELIM.
CR  4-14-71319 MAG

under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between January 21, 2015, and February 20, 2015. Undersigned defense counsel represents that she has spoken with her client, and that he agrees to the continuance and to time being tolled and waived as requested.

IT IS SO STIPULATED.

DATED: January 13, 2015                              /s/
                                                    RANDY SUE POLLOCK
                                                    Attorney for Defendant

DATED: January 13, 2015                              /s/
                                                    KESLIE STEWART
                                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/14/15                                      /s/ Kandis Westmore
                                                    KANDIS A. WESTMORE
                                                    United States Magistrate Judge

STIP. & [PROPOSED] ORDER RE PRELIM.
CR  4-14-71319 MAG