1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  3824 Grand Avenue, Ste. 120
   Oakland, CA 94610
3  Telephone: (510) 763-9967
   Facsimile:  (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   JUDA AMARE QADIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

-ooo-

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 4-14-71319 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO MARCH 20, 2015, AND SETTING WAIVER OF INDICTMENT ON MARCH 18, 2015** |
| vs. | ) | |
| JUDA AMARE QADIR, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing to March 18, 2015.  Counsel requests postponing the preliminary hearing, currently set for March 6, 2015, due a medical appointment counsel has in Los Angeles.  The

parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs additional time to meet with her client to review discovery and discuss plea negotiations in the case and that an exclusion of time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between March 6, 2015, and March 20, 2015. Undersigned defense counsel represents that she has spoken with her client, and that he agrees to the continuance and to time being tolled and waived as requested.

The parties further jointly request that the matter be put on the magistrate's duty calendar on March 18, 2015, for waiver of indictment. Assuming that the defendant waives his right to indictment on March 18, 2015, the parties will jointly request that the Court set the matter before the district court for change of plea on March 18th.

IT IS SO STIPULATED.

Dated: February 22, 2015            /s/ *Randy Sue Pollock*
                                    RANDY SUE POLLOCK
                                    Attorney for Defendant


Dated: February 22, 2015            /s/ *Keslie Stewart*
                                    KESLIE STEWART
                                    Assistant United States Attorney



IT IS SO ORDERED.


Dated:  2/23/15                     ~~DONNA M. RYU~~ KANDIS A. WESTMORE
                                    United States Magistrate Judge