RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JUDA AMARE QADIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.14-71319-MAG** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE** |
| JUDA AMARE QADIR, | |
| Defendants. | |

    IT IS HEREBY STIPULATED BY AND BETWEEN Randy Sue Pollock on behalf of Juda Amare Qadir and Keslie Stewart on behalf of the United States Attorney's Office that Mr. Qadir's bond be modified to permit his travel to the Central District of California for purposes of work.

    Mr. Qadir has obtained employment with Tiger Lines, LLC as a truck driver and his route will include the Eastern District of California as well as the Central District of California (the Los Angeles area).

///

///

1 | Pretrial Services has been advised of his new job and has no objection to this
2 | modification to his bond.

4 | Date:   March 9, 2015

```
            /s/
RANDY SUE POLLOCK
Counsel for Juda Amare Qadir
```

8 | Date:   March 9, 2015

```
            /s/
KESLIE STEWART
Assistant United States Attorney
```

11 | SO ORDERED:   3/11/15

```
KANDIS A. WESTMORE
United States Magistrate Judge
```