1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  JUDA AMARE QADIR

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN  DISTRICT OF CALIFORNIA
9
                           OAKLAND VENUE
10
                              –ooo–
11

12  UNITED STATES OF AMERICA,          **CR. No. 15-00200-001 HSG**

13                Plaintiff,

                                       **ORDER AND STIPULATION TO**
14  vs.                                **CONTINUE SENTENCING**
                                       _____
15
                                       Date of Sentencing:  September 21, 2015
16                                     Time of Sentencing: 2 p.m
    JUDA AMARE QADIR,
17
                  Defendant.
18
    _____/
19

20        Defendant JUDA AMARE QADIR, by and through his counsel of record Randy

21  Sue Pollock, and Assistant United States Attorney Keslie Stewart  hereby request that

22  sentencing which is presently set for September 21, 2015 be continued to October 19,

23  2015,  at 2 p.m.

24        This stipulation is at the request of counsel for Mr. Qadir.  Ms. Pollock has been

25  involved on a daily basis with developments in the *United States vs. Raymond Chow* case

26  (CR. 14-0196-CRB) which is set for a hearing on a severance motion on September 15th.

27  Due to that work and the Jewish Holiday of Rosh Hashana which was observed today,

28  September 14th, defense counsel could not prepare her sentencing memorandum which

1   was due today.

2        Therefore, the parties request that the sentencing be continued and that sentencing

3   memorandums be filed on October 12th.

4        Probation Officer Jessica Goldsberry is aware of this stipulation and has no

5   objection.

6

7   Date:   September 14, 2015                                    _____/s/_____

8                                                                RANDY SUE POLLOCK
                                                                 Counsel for Defendant
                                                                 Juda Amare Qadir
9

10  Date:   September 14, 2015                                   _____/s/_____
                                                                 KESLIE STEWART
                                                                 Assistant U.S. Attorney
11

12  SO ORDERED:

13                                                               HAYWOOD S. GILLIAM, JR.
                                                                 United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28